IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT BUMGARDNER, *et ux*,

    Plaintiffs

vs.      No. 3:07-0218
    Judge Haynes

UNITED STATES OF AMERICA,

    Defendant

## MOTION

COME NOW the plaintiffs, through counsel, and move the court for an order striking plaintiffs' pending motion to quash the defendant's notices regarding the depositions of plaintiffs' experts Daniels and Natelson [RE55].

In support of their motion, plaintiffs aver and would show the court that in recent weeks it has become clear that although the proposed case management order [RE5] precludes same, discovery depositions of certain experts by the parties, rather than being an undue expense, will serve to better educate counsel for purposes of settlement negotiation. The cause of