# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

ROBERT BUMGARDNER, *et ux*,   )
                              )
    Plaintiffs,          )
                              )
                                                                                       CIVIL NO. 3:07-0218
                              )    JUDGE HAYNES
UNITED STATES OF AMERICA,     )
                              )
    Defendant.           )

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiffs' claims arising out of the treatment at the Veterans Hospital in Nashville, Tennessee are **DISMISSED with prejudice.** Plaintiffs are **AWARDED** three hundred thousand dollars ($300,000) in damages for the Defendants' agents' negligence at its Veterans Hospital in Memphis, Tennessee relating to Plaintiff Robert Bumgardner's Stage IV bedsores. Plaintiff shall be awarded its costs relating solely to litigating the Stage IV bedsore injury.

It is so **ORDERED.**

This is the Final Order in this action.

**ENTERED** this the 31st day of March, 2010.

                                                              WILLIAM J. HAYNES, JR.
                                                              United States District Judge